IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL D. WILLIAMS, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:09-cv-1039-MEF |
| | ) |
| J. A. KELLER, | ) |
| | ) |
| Respondent. | ) |

# O R D E R

On November 3, 2011, the Magistrate Judge filed a Recommendation (Doc. #19) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The 28 U.S.C. § 2241 petition for habeas corpus relief is DISMISSED with prejudice.

DONE this the 29th day of November, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE